UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | Civil Action No.: 2:21 cv 00139 |
| **VERSUS** | District Judge Carl Barbier |
| **DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY** | Magistrate Judge Karen Wells Roby |

## ANSWER TO PETITION FOR DAMAGES AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, come defendants, Ryder Truck Rental, Inc., McLane/Southern, Inc. (improperly referred to as McLane Company, Inc.), and Chubb Insurance (formerly known as Ace American Insurance Company), who herein respond to the Petition for Damages filed by Gregory L. Jones as follows:

I.

The allegations of paragraph 1 of the Petition are admitted.

II.

The allegations of paragraph 2 of the Petition are denied for lack of sufficient information to justify a belief therein.

III.

The allegations of paragraph 3 of the Petition are denied except to admit that the named defendants are not citizens of Louisiana.

IV.

The allegations of paragraph 4 of the Petition are denied.

V.

The allegations of paragraph 5 of the Petition are denied.

VI.

The allegations of paragraph 6 of the Petition are denied for lack of information to justify a belief therein.

VII.

The allegations of paragraph 7 of the Petition are denied for lack of information to justify a belief therein.

VIII.

The allegations of paragraph 8 of the Petition are denied for lack of information to justify a belief therein.

IX.

The allegations of paragraph 9 of the Petition are denied for lack of information to justify a belief therein.

X.

The allegations of paragraph 10 of the Petition are denied for lack of information to justify a belief therein.

XI.

The allegations of paragraph 11 of the Petition are denied for lack of information to justify a belief therein.

XII.

The allegations of paragraph 12 of the Petition are denied.

XIII.

Respondents object to the allegations of paragraph 13 as they call for legal conclusions. Subject to, but without waiving any objections, the allegations of paragraph 13 are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations of paragraph 14 of the Petition are denied.

XV.

The allegations of paragraph 15 of the Petition are denied.

XVI.

The allegations of paragraph 16 call for a legal conclusion. Subject to and without waiving any objections, if a policy of insurance does exist, it is the best evidence of its terms, conditions, limitations and exclusions.

XVII.

The allegations of paragraph 17 of the Petition are denied.

XVIII.

Respondents object to the allegations of paragraph 18 as they call for legal conclusions. Subject to, but without waiving any objections, the allegations of paragraph 18 are denied for lack of sufficient information to justify a belief therein.

IXX.

The allegations of paragraph 19 of the Petition are denied.

XX.

The allegations of paragraph 20 of the Petition are denied.

**AND NOW FURTHER ANSWERING**, Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance respectfully aver:

XXI.

That the sole and proximate cause of the accident was due to the negligence, fault, and want of due care on the part of Gregory L. Jones, Jr. and/or others for whom respondents are not responsible.

XXII.

Alternatively, Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance are entitled to a credit for any payments which have been made or may in the future be made by Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance and/or any other parties.

XXIII.

Alternatively, any damages awarded to plaintiff should be proportionally reduced by the percentages of fault of any/all parties.

XXIV.

Alternatively, plaintiff has failed to mitigate his damages.

XXV.

Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance affirmatively plead all of the limitations and defenses of the Louisiana Compulsory Motor Vehicle Liability law concerning any owners or operators of the motor vehicles involved in the accident described in the petition.

XXVI.

Respondents affirmatively plead the defense of causation in regard to the nature, extent and duration of the injuries allegedly sustained by the claimants. Specifically, respondents affirmatively plead that the injuries allegedly sustained by the claimants are not causally related to the subject accident that forms the basis of this litigation.

XXVII.

Respondents affirmatively plead the defense of mitigation of damages particularly referencing the Affordable Care Act and its provisions which would directly apply to any potential claims being made by the plaintiffs for past medical expenses, future medical expenses, prescription costs, diagnostic studies, potential surgeries, injections and/or any medical treatments or expenses of any kind. Respondents reserve their right to present evidence of the applicability of the Affordable Care Act to any damages being claimed by the plaintiffs.

XXVIII.

Defendants, Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance pray for TRIAL BY JURY.

**WHEREFORE**, defendants, Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance, pray that this Answer be deemed good and sufficient, and that after due proceedings, that there be judgment herein in favor of defendants Ryder Truck Rental, Inc., McLane/Southern, Inc., and Chubb Insurance, dismissing plaintiff's Petition for Damages, at his cost, and for all general and equitable relief. Defendants also pray for TRIAL BY JURY on all issues.

Respectfully submitted:

*/s/ TASHA W. HEBERT*

**LOUIS P. BONNAFFONS, #21488 (T.A.)**
**ROBERT L. BONNAFFONS, 18564**

TASHA W. HEBERT, #25703
KATIE F. WOLLFARTH, #31729
**Leake & Andersson LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Tel: 504/585-7500
Fax: 504/585-7775
E-mail: lbonnaffons@leakeandersson.com
rbonnaffons@leakeandersson.com
thebert@leakeandersson.com
kwollfarth@leakeandersson.com
Attorneys for Defendants, McLane/Southern, Inc., Ryder Truck Rental, Inc., and Ace American Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on **February 2, 2021,** by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

/s/ Tasha W. Hebert
TASHA W. HEBERT

44024/99148