UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | **Civil Action No.:  2:21 cv 00139** |
| **VERSUS** | **District Judge Carl Barbier** |
| **COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND** | |
| **ABC INSURANCE COMPANY** | **Magistrate Judge Karen Wells Roby** |

### *MOTION IN LIMINE* TO EXCLUDE NON-DISCLOSED EXPERT TESTIMONY

**NOW INTO COURT,** through undersigned counsel, come defendants, Darrell Simmons ("Simmons"), McLane/Southern, Inc. ("McLane"), Chubb Indemnity Insurance Company ("Chubb") and Ryder Truck Rental, Inc. ("Ryder"), who move this Court pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure for an Order excluding any expert testimony from the treating physicians of Gregory Jones ("plaintiff") which are not contained in the records of those treating physicians.  Plaintiff's FRCP 26(a)(2)(c) disclosures contain no substantive disclosures beyond the statements contained in the treating physicians' medical records.  As such, the physicians' testimony should be limited to the factual information contained in those medical records.  Any testimony on matters outside of those records, including but not limited to any opinions regarding plaintiff's prognosis, future treatment, future medical expenses and future lost earning capacity should be disallowed for the reasons more fully detailed in the attached memorandum in support.

Respectfully submitted:

*/s/ Louis P. Bonnaffons*

**LOUIS P. BONNAFFONS, #21488 (T.A.)**
**ROBERT L. BONNAFFONS, #18564**
**MISHA M. LOGAN, #36552**
**Leake & Andersson LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Tel:  504/585-7500
Fax:  504/585-7775
E-mail:  lbonnaffons@leakeandersson.com
           rbonnaffons@leakeandersson.com
           mlogan@leakeandersson.com
*Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Ryder Truck Rental, Inc., and Chubb Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, by facsimile transmission or by electronic transmission on March 22, 2022 at their last known address of record.

*/s/ Louis P. Bonnaffons*

2