UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | **Civil Action No.:  2:21 cv 00139** |
| **VERSUS** | **District Judge Carl Barbier** |
| **DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY** | **Magistrate Judge Karen Wells Roby** |

## MOTION TO EXCLUDE PLAINTIFF'S REBUTTAL WITNESS

NOW INTO COURT, through undersigned counsel, come defendants, Darrell Simmons ("Simmons"), McLane/Southern, Inc. ("McLane"), Chubb Indemnity Insurance Company ("Chubb") and Ryder Truck Rental, Inc. ("Ryder") (collectively "Defendants"), who respectfully move this Court to exclude plaintiff's rebuttal witness, Wayne Winkler, at the trial of this matter, which is currently scheduled to commence on May 16, 2022.

As set forth in the attached Memorandum, this Court should exclude Mr. Winkler pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's Scheduling Order.  The evidence shows that plaintiff intends to offer Mr. Winkler's untimely case-in-chief opinions through the back door of rebuttal, which is prohibited as improper rebuttal pursuant to this Court's jurisprudence.  Any expert opinions proffered by Mr. Winkler are now untimely and inappropriate given that he failed to submit an expert report by this Court's deadline.  Furthermore, to the extent that Mr. Winkler intends to contradict testimony related to any issue asserted by defendants in their affirmative defenses, Mr. Winkler cannot be considered a "rebuttal witness," since defendants' affirmative defenses are an anticipated and expected portion of their case-in-chief.  Therefore,

1

Defendants will be prejudiced by plaintiff's improper use of rebuttal should Mr. Winkler be permitted to testify.

                Respectfully submitted:

                */s/ Louis P. Bonnaffons*

                **LOUIS P. BONNAFFONS, #21488 (T.A.)**
                **ROBERT L. BONNAFFONS, #18564**
                **MISHA M. LOGAN, #36552**
                **MELISSA RAMSEY, #39308**
                **Leake & Andersson LLP**
                1100 Poydras Street, Suite 1700
                New Orleans, LA  70163-1701
                Tel:  504/585-7500
                Fax: 504/585-7775
                E-mail:  lbonnaffons@leakeandersson.com
                            rbonnaffons@leakeandersson.com
                            mlogan@leakeandersson.com
                            mramsey@leakeandersson.com
                *Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Ryder Truck Rental, Inc., and Chubb Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing pleading has been delivered to all counsel of record on this 22nd day of March, 2022, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

                */s/ Louis P. Bonnaffons*

                Louis P. Bonnaffons