## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | **Civil Action No.:  2:21 cv 00139** |
| **VERSUS** | **District Judge Carl Barbier** |
| **DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY** | **Magistrate Judge Karen Wells Roby** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Exclude Plaintiff's Rebuttal Witness filed by Darrell Simmons ("Simmons"), McLane/Southern, Inc. ("McLane"), Chubb Indemnity Insurance Company ("Chubb") and Ryder Truck Rental, Inc. ("Ryder"), defendants, through their counsel, is being submitted for consideration by the Honorable Carl J. Barbier on April 6, 2022, at 9:30 a.m.

    Respectfully submitted:

    */s/ Louis P. Bonnaffons*
    _____
    **LOUIS P. BONNAFFONS, #21488 (T.A.)**
    **ROBERT L. BONNAFFONS, #18564**
    **MISHA M. LOGAN, #36552**
    **MELISSA RAMSEY, #39308**
    **Leake & Andersson LLP**
    1100 Poydras Street, Suite 1700
    New Orleans, LA  70163-1701
    Tel:  504/585-7500
    Fax:  504/585-7775
    E-mail:  lbonnaffons@leakeandersson.com
            rbonnaffons@leakeandersson.com
            mlogan@leakeandersson.com
            mramsey@leakeandersson.com

*Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Ryder Truck Rental, Inc., and Chubb Indemnity Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on this 22nd day of March, 2022, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

*/s/ Louis P. Bonnaffons*

Louis P. Bonnaffons