## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | **Civil Action No.:  2:21 cv 00139** |
| **VERSUS** | **District Judge Carl Barbier** |
| **DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY** | **Magistrate Judge Karen Wells Roby** |

## **ORDER**

**IT IS HEREBY ORDERED,** that Defendants' Request for Oral Argument is hereby **GRANTED**. Oral argument will be held on _____, 2022 at _____:00 _.m. before Judge Carl Barbier or Magistrate Judge Karen Wells Roby, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

**NEW ORLEANS, LOUISIANA**, this _____day of March, 2022.

_____
**JUDGE**