# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GREGORY JONES** | * | **CIVIL ACTION NO. 2:21-CV-00139** |
| | * | |
| **PLAINTIFF** | * | |
| | * | **JUDGE: CARL BARBIER** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **DARRELL SIMMONES, MCLANE** | * | |
| **COMPANY, INC. CHUBB INDEMNITY** | * | |
| **INSURANCE COMPANY AND/OR** | * | |
| **CHUBB NATIONAL INSURANCE** | * | |
| **COMPANY AND/OR ACE AMERICAN** | * | |
| **INSURANCE COMPANY, RYDER** | * | |
| **TRUCK RENTAL, INC., AND ABC** | * | |
| **INSURANCE COMPANY** | * | |
| | * | |
| **DEFENDANTS.** | * | |

*******************************************************************************
### PLAINTIFF'S EXPERT DISCLOSURES
*******************************************************************************

Plaintiff, Gregory Jones, Jr., pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's scheduling order, submits the following as his expert disclosures.

### Rule 26(a)(2)(B) Experts

1. Nicholas Schlechte, an expert in automotive data analysis. Mr. Schlechte currently practices at Kittelson LLC. He will offer testimony consistent with his report, deposition, and analysis of the available data concerning the subject collision, including the speed of the Simmons vehicle. Mr. Schlechte's Rule 26(a)(2)(B) disclosures are attached hereto.

### Rule 26(a)(2)(C) Experts

1. Dr. Bernard Landry, MD, will be offered as both a lay witness and an expert within his field of medical specialty, radiology. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of

1

**EXHIBIT 1**

Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records;

2. Dr. Marco Rodriguez, MD, will be offered as both a lay witness and an expert within his field of medical specialty, orthopaedics and spine care. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records;

3. Dr. Uzoma Moore, MD, will be offered as both a lay witness and an expert within his field of medical specialty, general medicine. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records;

4. Dr. Troy Beaucoudray, MD, will be offered as both a lay witness and an expert within his field of medical specialty, nuerology. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be

based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records;

5. Dr. Douglas Lurie, MD, will be offered as both a lay witness and an expert within his field of medical specialty, orthopedics. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records;

6. Dr. Harry Tuten, Jr., MD, will be offered as both a lay witness and an expert within his field of medical specialty, emergency medicine. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident

sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records; and

7. Dr. Michael Thompson, MD, will be offered as both a lay witness and an expert within his field of medical specialty, chiropractics. The subject matter on which the witness is expected to present evidence is his medical diagnosis and medical treatment of Plaintiff. The facts and opinions to which the witness is expected to testify, are as follows: the signs and symptoms identified in his medical treatment of Plaintiff, are caused by, and made symptomatic by, the accident sued upon. All diagnoses of physical findings consistent with injury, were caused by the injuries suffered in the accident sued upon. All medical treatment and recommendations made by this witness were necessitated by injuries suffered in the accident sued upon. This will include the complaints and signs and symptoms of injury. The testimony and opinions will be based upon his training and experience as a physician as well as his in-person examination and treatment of Plaintiff. Finally, he will testify as to all topics contained in his medical records.

Plaintiff reserves the right to name additional experts should additional experts be deemed appropriate through discovery. Plaintiff also reserves the right to call other experts identified by any other party to the extent they qualify as an expert.

**Rule 26(a)(2)(D)(ii) Experts**

1. Wayne Winkler, and expert in accident reconstruction. Defendants listed Michael Gillen as an expert in their Rule 26 disclosures and Witness List. Mr. Winkler will provide rebuttal testimony in relation to Mr. Gillen. He will offer testimony consistent with his rebuttal report, deposition, and analysis of Mr. Gillen's report. Mr. Winkler's Rule 26(a)(2) disclosures will be provided within the delays allowed by law once Mr. Gillen's report has been received.

                                    Respectfully Submitted,

                                    **BAER LAW, LLC**

BY:      */s/ Joshua A. Stein*
            **JASON M. BAER (# 31609)**
            **CASEY C. DEREUS (#37096)**
            **JOSHUA A. STEIN (# 37885)**
            3000 Kingman Street, Suite 200
            Metairie, LA 70006
            Telephone: (504) 372-0111
            Facsimile: (504) 372-0151
            Email: jbaer@baerlawllc.com
            Email: cdereus@baerlawllc.com
            Email: jstein@baerlawllc.com
            *Counsel for Plaintiff*

            AND

            TOM HARANG LAW, LLC
            TOM HARANG, BAR ROLL #36135
            2121 N. Causeway Blvd., Suite 259
            Metairie, LA 70001
            tel.504.313.5821
            fax.504.410.3922
            tom@tomharanglaw.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 21st day of February 2022, served a copy of the foregoing pleading to all parties to this proceeding by CM/ECF notification, facsimile, electronic mail and/or depositing same in the United States Mail, properly addressed and postage prepaid.

    */s/ Joshua A. Stein*