UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | **Civil Action No.:  2:21 cv 00139** |
| **VERSUS** | **District Judge Carl Barbier** |
| **DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY** | **Magistrate Judge Karen Wells Roby** |

### MOTION TO LIMIT THE OPINIONS OF PLANITIFF'S EXPERT

NOW INTO COURT, through undersigned counsel, come defendants, Darrell Simmons ("Simmons"), McLane/Southern, Inc. ("McLane"), Chubb Indemnity Insurance Company ("Chubb") and Ryder Truck Rental, Inc. ("Ryder") (collectively "Defendants"), who respectfully move this Court to limit the opinions of plaintiff's expert witness, Nicholas Schlechte, at the trial of this matter, which is currently scheduled to commence on May 16, 2022.

As set forth in the attached Memorandum, this Court should limit the opinions of Mr. Schlechte to those provided within his report dated February 18, 2022.  Pursuant to Rule 26(a)(2)(B)(i), Mr. Schlechte's report contains all of the opinions that he will express at trial. Therefore, Mr. Schlechte's testimony is limited by the opinions contained within his report.

Defendants alternatively request such other relief as may be allowed or that may be just and equitable under the circumstances.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

1

Respectfully submitted:

*/s/ Louis P. Bonnaffons*

**LOUIS P. BONNAFFONS, #21488 (T.A.)**
**ROBERT L. BONNAFFONS, #18564**
**MISHA M. LOGAN, #36552**
**MELISSA RAMSEY, #39308**
**Leake & Andersson LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Tel:  504/585-7500
Fax:  504/585-7775
E-mail:  lbonnaffons@leakeandersson.com
rbonnaffons@leakeandersson.com
mlogan@leakeandersson.com
mramsey@leakeandersson.com
*Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Ryder Truck Rental, Inc., and Chubb Indemnity Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on this 22nd day of March, 2022, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

*/s/ Louis P. Bonnaffons*

Louis P. Bonnaffons