## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**GREGORY L. JONES, JR.**                    **Civil Action No.:  2:21 cv 00139**

**VERSUS**                                           **District Judge Carl Barbier**

**DARRELL SIMMONS; MCLANE**
**COMPANY, INC; CHUBB INDEMNITY**
**INSURANCE COMPANY AND/OR CHUBB**
**NATIONAL INSURANCE COMPANY AND/OR**
**ACE AMERICAN INSURANCE COMPANY;**
**RYDER TRUCK RENTAL, INC.; AND**
**ABC INSURANCE COMPANY**                 **Magistrate Judge Karen Wells Roby**

---

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come defendants, Darrell Simmons ("Simmons"), McLane/Southern, Inc. ("McLane"), Chubb Indemnity Insurance Company ("Chubb") and Ryder Truck Rental, Inc. ("Ryder"), who respectfully submit this request for oral argument on defendants' Motion to Limit the Opinions of Plaintiff's Expert.  The submission date for the Motion is April 6, 2022.  The trial of this matter is set to begin on May 16, 2022.  Defendants believe that oral argument will assist the court in its ruling on this Motion.

Respectfully submitted:

*/s/ Louis P. Bonnaffons*

_____
**LOUIS P. BONNAFFONS, #21488 (T.A.)**
**ROBERT L. BONNAFFONS, #18564**
**MISHA M. LOGAN, #36552**
**MELISSA RAMSEY, #39308**
**Leake & Andersson LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Tel:  504/585-7500
Fax:  504/585-7775
E-mail:  lbonnaffons@leakeandersson.com
            rbonnaffons@leakeandersson.com

mlogan@leakeandersson.com
mramsey@leakeandersson.com
*Attorneys for Defendants, Darrell Simmons,*
*McLane/Southern, Inc., Ryder Truck Rental,*
*Inc., and Chubb Indemnity Insurance*
*Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, by facsimile transmission or by electronic transmission on March 22, 2022 at their last known address of record.

*/s/ Louis P. Bonnaffons*
_____