

02/18/2022

Joshua Stein
Baer Law
3000 Kingman Street, Suite 200
Metairie, LA 70006

*RE: Jones v Simmons et al (Our File C22025)*

Dear Mr. Stein,

As requested, I have reviewed the materials you have sent me regarding the above-referenced crash.  This report summarizes my opinions regarding the speedometer and non-zero values found on the instrument cluster pertaining to a crash that took place on Louisiana State Highway 308 in Lafourche Parish, Louisiana on January 14, 2020.

My opinions are based on over 14 years of experience as a traffic crash reconstructionist. I hold an Associates of Applied Sciences in Information Technology – Multimedia degree from ITT Technical Institute. Along with my accreditation through the Accreditation Commission for Traffic Accident Reconstruction (ACTAR #3912), I am an active member of the Society of Automotive Engineers (SAE), National Association of Professional Accident Reconstruction Specialists (NAPARS), and the Texas Association of Accident Reconstruction Specialists (TAARS). I am a licensed private investigator in the state of Texas and hold an FAA Part 107 commercial sUAS (drone) pilot license.

I am currently a crash reconstruction expert with Kittelson LLC, a forensic transportation engineering and consulting firm located in College Station, Texas. Prior to my work with Kittelson LLC, I was a traffic accident reconstructionist with Collision Research Associates in College Station, Texas. I've attached my curriculum vitae at the end of this report.

## GENERAL INFORMATION

### Crash Location, Environmental Condition, Vehicle and Driver Information

|  | Data |
|---|---|
| Date and time of crash | January 14, 2020, at 5:30 a.m. |
| Location | LA 308, 5.7 miles south of LA 655, Lafourche Parish, Louisiana |
| Coordinates | 29.591065°, -90.461336° |
| Surface type | Asphalt |
| Weather conditions | Cloudy |
| Lighting conditions | Dark, no streetlights |
| Surface conditions | Dry |
| Nearest weather station | Louis Armstrong New Orleans Int Airport (~30 miles NE of crash location) |
| Sunrise | Sunset | 6:57 a.m. | 5:24 p.m. |
| High | Low temperatures | 81°F | 68°F |
| Precipitation | 0.16" |

EXHIBIT
2



**Figure 1: Crash location (Map source: Rand McNally)**



**Figure 2: Crash location (Map source: Rand McNally)**



**Figure 3: Crash location (Map source: Google Maps)**

LA 308 is designated as a north/south state highway with one northbound and one southbound travel lane. The roadway near the crash location is orientated in a northwest/southeast direction. At the time of the crash, both travel lanes were approximately 11 feet wide and separated by a yellow centerline. The paved shoulders were approximately 2 feet wide and separated from the travel lanes by a solid white edge line. The posted speed limit was 55 mph with an advisory speed for the curves of 40 mph.

The crash involved two truck tractor semi-trailer combinations (TTST), as listed on crash report:

| # | Year | Make/Model | VIN | Driver | Injury Severity | Age |
|---|------|------------|-----|--------|-----------------|-----|
| 1 | 2016 | Kenworth T800 | 3WKDD49X7GF115219 | Gregory Jones Jr. | Possible/Complaint | 41 |
|   | 2010 | Mate dump trailer | 1M9A30337AH036558 | - | - | - |
| 2 | 2020 | International LT625 | 3HSDZAPRXLN846060 | Darrell Simmons | Possible/Complaint | 47 |
|   | 2018 | Utility semi-trailer | - | - | - | - |

The Kenworth truck tractor bore Louisiana license C956031 and was towing a semi-trailer bearing Louisiana license L889281. It was owned by CJD Trucking Inc. and operated by Mr. Gregory Jones, Jr., an employee. Mr. Jones held a Louisiana Class A driver license. He was the only occupant of the Kenworth.

The International truck tractor bore Indiana license 2901278 and was towing a semi-trailer bearing Indiana license T530945. The truck tractor was owned by Ryder Truck Rental and the semi-trailer was owned by McLane and operated by Mr. Darrell Simmons. Mr. Simmons held a Mississippi Class A driver license. There was one passenger in the International TTST at the time of the crash.

| Vehicle | Passenger | Seated Position | Injury Severity | Age |
|---|---|---|---|---|
| International TTST | Demetrius Dennis | - | Possible/Complaint | 24 |

## Crash Description

According to the Louisiana Uniform Motor Vehicle Traffic Crash Report, Trooper Ronald Methvin wrote in his narrative:

Vehicle 1 was traveling northbound on LA 308. Vehicle 2 was traveling southbound on LA 308. Vehicle 1 entered a right curve, applied brakes leaving skid marks on the roadway, and crossed the centerline. Vehicle 1 veered back into the northbound lane but Vehicle 1's trailer didn't leave the southbound lane. Vehicle 2 just cleared a right curve and braked,leaving skid marks on the roadway, before striking Vehicle 1's trailer forcing him off the roadway to the right. Vehicle 2 continued southbound off the roadway to the right and struck multiple trees before coming to rest off the roadway facing south to the west of LA 308 and south of the area of impact. Vehicle 1's trailer was forced across the northbound lane causing both the truck and trailer to rotate counter clockwise. The momentum from the crash forced Vehicle 1 to travel northbound on LA 308 side ways with the trailer being forced off the roadway and travel with the truck sideways off the roadway. Vehicle 1's trailer struck a utility pole on the east side of LA 308 before coming to rest (tractor on the roadway and trailer partially off the roadway). Vehicle 1 came to rest in the roadway facing west and north of the area of impact. Several gouges were located in the southbound lane near the area of impact south of Vehicle 2's skid marks and north of Vehicle 1's skid marks. Vehicle 1's skid marks began centered in the northbound lane but south of the area of impact and were observed crossing the centerline just before the area of impact. Vehicle 2's skid marks were observed to be centered in the southbound lane and parallel to the centerline.

Driver 1 advised he was traveling northbound on LA 308. He stated he observed Vehicle 2 heading southbound traveling with his bright lights on. He said he flashed his bright lights several times in an attempt to get Vehicle 1 to dim his headlights. Vehicle 1 advised he believed Vehicle 2 to cross into his lane and strike his trailer.

Driver 2 advised he was traveling southbound on LA 308. He advised when he completed the slight right curve and was preparing for the slight left curve, he observed Vehicle 1 in his lane. He advised he applied his brakes and attempted to steer away from Vehicle 1. He advised he could not avoid striking Vehicle 1's trailer which was in his lane. He said he was forced off the roadway to the right.

## ASSIGNMENT

I received this file on or about February 9, 2022, from attorney Joshua Stein with the Baer Law firm in Metairie, Louisiana. I was retained to analyze the frozen speedometer found within the 2020 International truck tractor related to this crash. I have drawn on my personal experience and referenced peer-reviewed published literature to discuss the accuracy of the non-zero values on the instrument cluster.

## MATERIALS REVIEWED

The following materials were provided to me for review that I may have used in formulating my opinions and in writing this report:

1. Louisiana Uniform Motor Vehicle Traffic Crash Report #20200004263
2. International – Cummins ECM download performed on December 08, 2021
3. Depositions of:
    a. Trooper Ronald Methvin, January 18, 2022
    b. Gregory Jones, Jr, January 27, 2022
    c. Darrell Simmons, January 27, 2022
4. Photographs
    a. NCTI Photos 1 – 227 (International TT and Scene)
    b. Photos_985217
    c. Adjuster Photos
    d. Entergy PIC1
    e. Entergy PIC7
    f. Entergy PIC8
    g. Rester Insured Trailer Photos
    h. Rester Insured Truck Photos
    i. Traffic Trial Exhibits (6)
    j. LSP Crash Report Photos
5. Answer to Petition for Damages and Request for Trial by Jury obo Ryder, McLane, and Chubb
6. Answer to Petition for Damages and Request for Trial by Jury obo Darrell Simmons
7. Answer to Petition for Damages and Request for Trial by Jury obo Chubb Indemnity of N. America
8. Defendant Chubb Responses to Plaintiff Request for Admission
9. Defendant Chubb Responses to Plaintiff Interrogatory and Request for Production
10. Defendant McLane Responses to Plaintiff Request for Admission
11. Defendant McLane Responses to Plaintiff Interrogatory and Request for Production
12. Defendant Ryder Responses to Plaintiff Request for Admission
13. Defendant Ryder Responses to Plaintiff Interrogatory and Request for Production
14. Defendant Simmons Responses to Plaintiff Request for Admission
15. Defendant Simmons Responses to Plaintiff Interrogatory and Request for Production
16. Petition for Damages
17. Plaintiff Responses (2nd Supplement) to Defendant Ryder Discovery - attachments
18. Plaintiff Responses (Supplement) to Defendant Ryder Discovery - attachments
19. Plaintiff Responses (Supplement) to Defendant Ryder Discovery
20. Plaintiff Responses to Defendant Ryder Discovery - attachments
21. Plaintiff Responses to Defendant Ryder Interrogatory and Request for Production
22. Chubb Business Auto Declarations
23. Duty Status Logs - Simmons, Darrell
24. NCTI – Michael S. Gillen - CV
25. Ryder Registration Card
26. Subro Demand
27. Darrell Simmons Driver's License
28. Rester Insured Total Loss BR20-22893 2010 Mate Trailer

29.  Rester Insured Trailer Estimate
30.  Rester Insured Truck Estimate
31.  Traffic Trial Transcript with Exhibits

I also relied on the following materials:

1.  Vehicle information from Truck Index© and VinLink™
2.  International LT625 build sheet
3.  Historical weather information from Weather Underground www.wunderground.com
4.  Eaton – Commercial Vehicle Transmission Guide
5.  Goodyear Endurance LHD sell sheet

## OPINIONS

These are my preliminary opinions regarding the speedometer and non-zero values found on the instrument cluster. Support for each can be found within the analysis section of my report.

1.  The electrical system experienced a sudden power loss which resulted in the non-zero values of the instrument cluster.
2.  Comparison of the speed computations using the speed from RPM and final drive ratio indicates the tachometer (RPM) and speedometer positions are within operational ranges of each other as comparable to the EDR data.
3.  The speedometer and tachometer indicated values show that at the time of the power loss, the TTST was traveling approximately 56 mph, at about 1100 rpm, in top (12th) gear.

## ANALYSIS

### Vehicle Inspections

While I have not had the opportunity to personally inspect the 2020 International truck tractor (International TT), I was proved with detailed inspection photographs from NCTI. The truck tractor was still in post-crash damage condition with significant damage to the front of the vehicle.

The left front wheel assembly and axle were displaced rearward due to the crash. The LF tire was missing from the rim. In Figure 4, red and black power cables can be seen hanging near the frame rail. These cables would have been connected to the batteries located just behind the LF tire / wheel in a battery storage box / cab step. The battery storage box / cab step was broken and separated from the vehicle during the crash.



**Figure 4: International battery cable remains (Source: NCTI inspection photographs)**

During NCTI's inspection of the International TT, the instrument cluster was documented showing all gauges at non-zero values, Figures 5-6.



**Figure 5: International instrument cluster (Source: NCTI inspection photographs)**



**Figure 6: International instrument cluster (Source: NCTI inspection photographs)**

## Instrument Clusters

Prior to the digitalization of many automotive components, speedometers were driven by direct cable attachments. Some motorcycles and scooters with analog speedometers still require a physical cable attached to the speedometer and wheel speed sensor to register speed. Most, if not all, automotive manufacturers have switched to a digital solution to control the gauges on an instrument cluster. In modern vehicles, a digital stepper motor is used to accurately move and hold the gauge needle in position depending on the inputs that are received.

Stepper motors, shown in Figure 7, are small gear driven devices that use constant electrical inputs to move instrument cluster gauges. The stepper motor requires power to both increase or decrease the displayed value. If a stepper motor loses power suddenly for any reason, the speedometer and the rest of the gauges would remain in place and not return to zero positions. Simply turning the key to the off position in a vehicle does not instantly cut power to an instrument cluster. The gauges need additional power and time to sweep back to their respective zero position. This is normally part of the vehicle's shut down procedure when the ignition is turned off.



**Figure 7: Example of a stepper motor (Source: Google image search)**

## Research and Testing

Speedometers have been researched and tested with the focus of needle position retention after a power loss during a crash. During the testing, the instrument clusters were separated into four different groups based on the amount of torque required to move the needle. From there the speedometer and tachometer needles were placed at a pre-defined location, typically around the twelve o'clock position. The instrument clusters were not powered in order to simulate an instant loss of power during impact and focus on retention of the needles' position. The instrument clusters were mounted to a frame which was then bolted in place inside a test vehicle. That test vehicle was then crash tested and the instrument cluster removed and documented.[1]

Results from those tests showed that approximately 69% of the tested instrument clusters did not have perceptible needle movement. Approximately 22% had less than or equal to 10° of needle movement. As mentioned in the testing and research, a confirmation check of verifying the engine speed with the road speed and selected gear should be made.[1]

## Speed Computations

To verify speed based on RPM, some external variables must be gathered. I utilized the build sheet for the International TT which lists the appropriate rear tire size of 295/75R22.5, the transmission make and model as well as the rear axle drive ratios. The transmission gear ratios are listed below in Figure 8, while the rear axle ratio according to the build sheet was 3.08:1.

| Cummins X15* + Endurant HD Gear Ratios | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Model** | **Reverse** | | **Overall Ratio** | **Forward Gears** | | | | | | | | | | | | | |
| | R2 | R1 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| EEO–14F112C | | | | | | | | | | | | | | | |
| EEO–15F112C | | | | | | | | | | | | | | | |
| EEO–16F112C | 12.95 | 16.92 | 18.85 | 14.43 | 11.05 | 8.44 | 6.46 | 4.95 | 3.79 | 2.91 | 2.23 | 1.7 | 1.3 | 1 | 0.77 |
| EEO–17F112C | | | | | | | | | | | | | | | |
| EEO–18F112C | | | | % Step | 31 | 31 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | 31 | -- |
| EE–17F111B | 12.95 | 16.92 | | 14.43 | 14.43 | 11.05 | 8.44 | 6.46 | 4.95 | 3.79 | 2.91 | 2.23 | 1.7 | 1.3 | 1 |
| | | | | % Step | 31 | 31 | 31 | 31 | 31 | 30 | 31 | 31 | 31 | 30 | -- | -- |
| *Efficiency Series (400-600hp). | | | | | | | | | | | | | | | |

**Figure 8: International transmission gear ratio chart (Source: Eaton – Commercial Vehicle Transmission Guide)**

Figure 9 is specifications, including static radius measurements of a Goodyear 295/75R22.5 tire. If the International's rear tires were changed to a larger size, the rolling radius would also increase. An increase of the rolling radius would very slightly increase the speed of the vehicle above the speedometer indicated speed.



**Figure 9: Goodyear tire specifications chart (Source: Goodyear Endurance LHD sell sheet)**

Using the speed by engine RPM formula, I created a spreadsheet (Figure 10) that shows speed data calculated for each gear ratio at a 1100 RPM. See Appendix A for calculation formulas.

| Rolling Radius | 19.3 in |
|---|---|
| Engine RPM | 1100 RPM |
| Axle Ratio | 3.08:1 |

| Gear | Drive Ratios | Final Drive Ratio | ft/rev | ft/min | Speed |
|---|---|---|---|---|---|
| 1st | 14.43:1 | 44.44:1 | 0.23 | 250.11 | 2.8 mph |
| 2nd | 11.05:1 | 34.03:1 | 0.30 | 326.62 | 3.7 mph |
| 3rd | 8.44:1 | 26.00:1 | 0.39 | 427.62 | 4.9 mph |
| 4th | 6.46:1 | 19.90:1 | 0.51 | 558.68 | 6.3 mph |
| 5th | 4.95:1 | 15.25:1 | 0.66 | 729.11 | 8.3 mph |
| 6th | 3.79:1 | 11.67:1 | 0.87 | 952.27 | 10.8 mph |
| 7th | 2.91:1 | 8.96:1 | 1.13 | 1240.24 | 14.1 mph |
| 8th | 2.23:1 | 6.87:1 | 1.47 | 1618.43 | 18.4 mph |
| 9th | 1.70:1 | 5.24:1 | 1.93 | 2123.00 | 24.1 mph |
| 10th | 1.30:1 | 4.00:1 | 2.52 | 2776.23 | 31.5 mph |
| 11th | 1.00:1 | 3.08:1 | 3.28 | 3609.10 | 41.0 mph |
| 12th | 0.77:1 | 2.37:1 | 4.26 | 4687.14 | 53.3 mph |

**Figure 10: Speed by RPM spreadsheet**

As I do not know the make, model, and size of the tires on the subject vehicle or the rolling radius of the rear axles, I varied the radius by ±0.5 in. I also varied the RPM by ±50 RPM to show a sensitivity analysis of the data (Figure 11).

| Engine RPM | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53.3 mph | 1050 RPM | 1060 RPM | 1070 RPM | 1080 RPM | 1090 RPM | 1100 RPM | 1110 RPM | 1120 RPM | 1130 RPM | 1140 RPM | 1150 RPM |
| 18.8 in | 49.5 mph | 50.0 mph | 50.5 mph | 50.9 mph | 51.4 mph | 51.9 mph | 52.3 mph | 52.8 mph | 53.3 mph | 53.8 mph | 54.2 mph |
| 18.9 in | 49.8 mph | 50.3 mph | 50.7 mph | 51.2 mph | 51.7 mph | 52.1 mph | 52.6 mph | 53.1 mph | 53.6 mph | 54.0 mph | 54.5 mph |
| 19.0 in | 50.0 mph | 50.5 mph | 51.0 mph | 51.5 mph | 51.9 mph | 52.4 mph | 52.9 mph | 53.4 mph | 53.9 mph | 54.3 mph | 54.8 mph |
| 19.1 in | 50.3 mph | 50.8 mph | 51.3 mph | 51.7 mph | 52.2 mph | 52.7 mph | 53.2 mph | 53.7 mph | 54.1 mph | 54.6 mph | 55.1 mph |
| 19.2 in | 50.6 mph | 51.0 mph | 51.5 mph | 52.0 mph | 52.5 mph | 53.0 mph | 53.5 mph | 53.9 mph | 54.4 mph | 54.9 mph | 55.4 mph |
| 19.3 in | 50.8 mph | 51.3 mph | 51.8 mph | 52.3 mph | 52.8 mph | 53.3 mph | 53.7 mph | 54.2 mph | 54.7 mph | 55.2 mph | 55.7 mph |
| 19.4 in | 51.1 mph | 51.6 mph | 52.1 mph | 52.6 mph | 53.0 mph | 53.5 mph | 54.0 mph | 54.5 mph | 55.0 mph | 55.5 mph | 56.0 mph |
| 19.5 in | 51.4 mph | 51.8 mph | 52.3 mph | 52.8 mph | 53.3 mph | 53.8 mph | 54.3 mph | 54.8 mph | 55.2 mph | 55.7 mph | 56.2 mph |
| 19.6 in | 51.6 mph | 52.1 mph | 52.6 mph | 53.1 mph | 53.6 mph | 54.0 mph | 54.5 mph | 55.0 mph | 55.5 mph | 56.0 mph | 56.5 mph |
| 19.7 in | 51.9 mph | 52.4 mph | 52.9 mph | 53.4 mph | 53.9 mph | 54.4 mph | 54.8 mph | 55.3 mph | 55.8 mph | 56.3 mph | 56.8 mph |
| 19.8 in | 52.1 mph | 52.6 mph | 53.1 mph | 53.6 mph | 54.1 mph | 54.6 mph | 55.1 mph | 55.6 mph | 56.1 mph | 56.6 mph | 57.1 mph |

(Rolling Radius (in))

**Figure 11: Speed by RPM spreadsheet**

The International EDR data was provided for review. Three event records were stored under the Sudden Vehicle Speed Deceleration Report. While none of the event records match with the subject crash via ECM time or mileage, the RPM and speed data is still relevant to verifying the speedometer's non-zero value. For example, in Figure 12 below, six RPM values, two from each record, were selected and examined utilizing the spreadsheet. Matching the speed data to the EDR report indicates what gear the transmission was in at that moment in time.

| Event Record 1 (-49 sec) | | Event Record 1 (13 sec) | | Event Record 2 (-36 sec) | | Event Record 2 (4 sec) | | Event Record 3 (-20 sec) | | Event Record 3 (-5 sec) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rolling Radius | 19.3 in | Rolling Radius | 19.3 in | Rolling Radius | 19.3 in | Rolling Radius | 19.3 in | Rolling Radius | 19.3 in | Rolling Radius | 19.3 in |
| Engine RPM | 1139 RPM | Engine RPM | 1057 RPM | Engine RPM | 927 RPM | Engine RPM | 1251 RPM | Engine RPM | 1017 RPM | Engine RPM | 1179 RPM |
| Axle Ratio | 3.08:1 | Axle Ratio | 3.08:1 | Axle Ratio | 3.08:1 | Axle Ratio | 3.08:1 | Axle Ratio | 3.08:1 | Axle Ratio | 3.08:1 |
| Gear | Speed | Gear | Speed | Gear | Speed | Gear | Speed | Gear | Speed | Gear | Speed |
| 1st | 2.9 mph | 1st | 2.7 mph | 1st | 2.4 mph | 1st | 3.2 mph | 1st | 2.6 mph | 1st | 3.0 mph |
| 2nd | 3.8 mph | 2nd | 3.6 mph | 2nd | 3.1 mph | 2nd | 4.2 mph | 2nd | 3.4 mph | 2nd | 4.0 mph |
| 3rd | 5.0 mph | 3rd | 4.7 mph | 3rd | 4.1 mph | 3rd | 5.5 mph | 3rd | 4.5 mph | 3rd | 5.2 mph |
| 4th | 6.6 mph | 4th | 6.1 mph | 4th | 5.4 mph | 4th | 7.2 mph | 4th | 5.9 mph | 4th | 6.8 mph |
| 5th | 8.6 mph | 5th | 8.0 mph | 5th | 7.0 mph | 5th | 9.4 mph | 5th | 7.7 mph | 5th | 8.9 mph |
| 6th | 11.2 mph | 6th | 10.4 mph | 6th | 9.1 mph | 6th | 12.3 mph | 6th | 10.0 mph | 6th | 11.6 mph |
| 7th | 14.6 mph | 7th | 13.5 mph | 7th | 11.9 mph | 7th | 16.0 mph | 7th | 13.0 mph | 7th | 15.1 mph |
| 8th | 19.1 mph | 8th | 17.7 mph | 8th | 15.5 mph | 8th | 20.9 mph | 8th | 17.0 mph | 8th | 19.7 mph |
| 9th | 25.0 mph | 9th | 23.2 mph | 9th | 20.3 mph | 9th | 27.4 mph | 9th | 22.3 mph | 9th | 25.9 mph |
| 10th | 32.7 mph | 10th | 30.3 mph | 10th | 26.6 mph | 10th | 35.9 mph | 10th | 29.2 mph | 10th | 33.8 mph |
| 11th | 42.5 mph | 11th | 39.4 mph | 11th | 34.6 mph | 11th | 46.7 mph | 11th | 37.9 mph | 11th | 44.0 mph |
| 12th | 55.2 mph | 12th | 51.2 mph | 12th | 44.9 mph | 12th | 60.6 mph | 12th | 49.3 mph | 12th | 57.1 mph |

**Figure 12: Speed by RPM spreadsheet**

A comparison of the speed by RPM calculations, EDR recorded values, and the subject instrument cluster indicates that the values seen on the speedometer and tachometer are within operational ranges of each other.

## CONCLUSION

I understand that discovery is still in progress. As more information becomes available, it will be reviewed and, if necessary, I will supplement or revise my opinions and produce an updated report.

Nicholas E. Schlechte
Crash Reconstruction Expert, ACTAR 3912

## APPENDIX A

Speed by RPM (1100 RPM)

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{1100.0000 \times 19.3000}{2.3700 \times 168}$$

*S = The Speed in mph/kph.*
*RPM = Revolutions per minute.*
*R = The Rear Wheel Radius in inches.*
*GR = The Final Gear Ratio.*
*168 = A Constant.*

$$S = \frac{21230.0000}{398.1600}$$

$$S = 53.3202$$

EDR Speed by RPM comparison

Event Record 1 (-49 sec) 1139 RPM – 34 mph

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{1139.0000 \times 19.3000}{4.0000 \times 168}$$

*S = The Speed in mph/kph.*
*RPM = Revolutions per minute.*
*R = The Rear Wheel Radius in inches.*
*GR = The Final Gear Ratio.*
*168 = A Constant.*

$$S = \frac{21982.7000}{672.0000}$$

$$S = 32.7123$$

Event Record 1 (13 sec) 1057 RPM – 14 mph

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{1057.0000 \times 19.3000}{8.9600 \times 168}$$

*S = The Speed in mph/kph.*
*RPM = Revolutions per minute.*
*R = The Rear Wheel Radius in inches.*
*GR = The Final Gear Ratio.*
*168 = A Constant.*

$$S = \frac{20400.1000}{1505.2800}$$

$$S = 13.5523$$

Event Record 2 (-36 sec) 927 RPM – 46 mph

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{927.0000 \times 19.3000}{2.3700 \times 168}$$

*S = The Speed in mph/kph.*
*RPM = Revolutions per minute.*
*R = The Rear Wheel Radius in inches.*
*GR = The Final Gear Ratio.*
*168 = A Constant.*

$$S = \frac{17891.1000}{398.1600}$$

$$S = 44.9344$$

**Event Record 2 (4 sec) 1251 RPM – 17 mph**

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{1251.0000 \times 19.3000}{8.9600 \times 168}$$

$$S = \frac{24144.3000}{1505.2800}$$

$$S = 16.0397$$

S = The Speed in mph/kph.
RPM = Revolutions per minute.
R = The Rear Wheel Radius in inches.
GR = The Final Gear Ratio.
168 = A Constant.

**Event Record 3 (-20 sec) 1017 RPM – 50 mph**

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{1017.0000 \times 19.3000}{2.3700 \times 168}$$

$$S = \frac{19628.1000}{398.1600}$$

$$S = 49.2970$$

S = The Speed in mph/kph.
RPM = Revolutions per minute.
R = The Rear Wheel Radius in inches.
GR = The Final Gear Ratio.
168 = A Constant.

**Event Record 3 (-5 sec) 1179 RPM – 35 mph**

$$S = \frac{RPM \times R}{GR \times 168}$$

$$S = \frac{1179.0000 \times 19.3000}{4.0000 \times 168}$$

$$S = \frac{22754.7000}{672.0000}$$

$$S = 33.8611$$

S = The Speed in mph/kph.
RPM = Revolutions per minute.
R = The Rear Wheel Radius in inches.
GR = The Final Gear Ratio.
168 = A Constant.

## REFERENCES

1.  Goddard, Christopher H., Price, David.  *Speedometers and Collision Reconstruction.* SAE Technical Paper 2017-01-1412



# NICHOLAS E. SCHLECHTE
CRASH RECONSTRUCTION EXPERT

## FORMAL EDUCATION

- A.A.S. in Information Technology, ITT Technical Institute, 2007

## CERTIFICATIONS AND LICENSES

- Accredited Traffic Accident Reconstructionist, Accreditation Commission for Traffic Accident Reconstruction (ACTAR) #3912
- FAA Part 107 Certificate – sUAS Remote Pilot
- Texas DPS Licensed Private Investigator
- Texas Commission on Private Security – Private Investigations Company (Class A) License A11613001

## ASSOCIATIONS

- National Association of Professional Accident Reconstruction Specialists (NAPARS)
- Texas Association of Accident Reconstruction Specialists (TAARS)
- Society of Automotive Engineers (SAE)

## EXPERIENCE

- 2020 – present     Crash Reconstruction Expert, Kittelson LLC
- 2018 – 2020     Senior Technician, Kittelson LLC
- 2008 – 2018     Traffic Accident Reconstructionist, Collision Research Associates
- 2007 – 2008     Production Artist, Red Oak Sportswear
- 2003 – 2007     Mechanic Assistant, B&B Automotive

## PROFESSIONAL DEVELOPMENT

**Crash Safety Solutions, LLC**
- Advanced Human Factors in Traffic Crash Reconstruction – Jeff Muttart and Swaroop Dinakar, Glastonbury, CT, October 2021 (40 hours)

**Institute of Police Technology and Management (IPTM), University of North Florida**
- Human Factors in Traffic Crash Reconstruction – Jeff Muttart and Swaroop Dinakar, Altamonte Springs, FL, August 2021 (40 hours)

**Virtual CRASH**
- Virtual CRASH Simulation Software Training – Virtual CRASH, Gainesville, FL, July 2021 (24 hours)

**National Association of Professional Accident Reconstruction Specialists (NAPARS)**
- Advanced Collision Reconstruction with CDR Applications – Accident Analysis & Reconstruction, Inc., Oklahoma City, OK, May 2021 (40 hours)
- Tire Forensics – TJ Tennent and Associates, Chattanooga, TN, March 2021 (24 hours)
- NAPARS 2020 Joint Conference – Various Topics and Speakers, Online, October 2020 (12 hours)

**Texas Association of Accident Reconstruction Specialists (TAARS)**
- TAARS 2021 Conference: Night Time Accidents / Applied Human Factors Concepts for Accident Reconstruction – JS Forensics, Austin, TX, October 2021 (20 hours)
- TAARS 2020 Conference: Night Time Accidents / Applied Human Factors Concepts for Accident Reconstruction – JS Forensics, Online, October 2020 (15 hours)

**Northwestern University Center for Public Safety**
- Traffic Crash Reconstruction 2 – Northwestern University CPS, Online, August 2020 (40 hours)
- Traffic Crash Reconstruction 1 – Northwestern University CPS, Evanston, IL, October 2019 (80 hours)

**Bosch Crash Data Retrieval (CDR)**
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2020 (20 hours)
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2019 (20 hours)
- CDR System Operator and the Analysis and Applications – Crash Data Specialist, El Paso, TX, February 2019 (40 hours)
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2018 (20 hours)
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2017 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2015 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2014 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2013 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2012 (20 hours)

**Heavy Vehicle Event Data Recorders (HVEDR)**
- Digital Forensics of Heavy Vehicle Event Data Recorders – The University of Tulsa, June 2015 (19 hours)

**FARO**
- FARO Focus 3D Scanner and FARO Scene Software Training – Dustin Productions LLC, College Station, TX, January 2014 (24 hours)

**ARAS 360**
- Advanced 3D Computer Diagramming for Crash Reconstruction – ARAS 360, Belton, TX, June 2011 (24 hours)



## FEE SCHEDULE
### Effective September 1, 2021

| Professional Engineering Services | Hourly Rates | Technical Services | Hourly Rates |
|---|---|---|---|
| Principal/Expert Witness* | $250-$395 | Senior Technician | $175-$225 |
| Associate Engineer | $225 | Graphic Artist/Designer | $150 |
| Senior Engineer | $175 | Senior Drafter | $125 |
| Engineer | $150 | Drafter/Engineering Technician | $105 |
| Transportation Analyst | $130 | Junior Technician | $90 |
| | | Senior Office Administrator | $95 |
| | | Junior Office Administrator | $50 |
| Deposition Testimony—up to 2 hours** | $800 | | |

### Equipment (per vehicle or site inspected)

| | |
|---|---|
| 3D Laser Scanner (FARO) | $1100 |
| Drone | $500 |
| HVEDR/FLA (heavy truck download) | $1250 |
| Bosch CDR (passenger vehicle download) | $450 |

### Other Expenses

| | |
|---|---|
| Initial File Setup | $75 |
| Travel & Outside Expenses | Cost plus a 10% administrative fee |
| Mileage | Standard IRS rate—currently $0.56 per mile |

*The hourly rate for expert witnesses will be based on the expert's level of experience and area of expertise.*
*** $800 for first 2 hours or portions thereof.  Standard hourly rate for each additional hour of testimony.*



# NICHOLAS E. SCHLECHTE
CRASH RECONSTRUCTION EXPERT

## FORMAL EDUCATION

- A.A.S. in Information Technology, ITT Technical Institute, 2007

## CERTIFICATIONS AND LICENSES

- Accredited Traffic Accident Reconstructionist, Accreditation Commission for Traffic Accident Reconstruction (ACTAR) #3912
- FAA Part 107 Certificate – sUAS Remote Pilot
- Texas DPS Licensed Private Investigator
- Texas Commission on Private Security – Private Investigations Company (Class A) License A11613001

## ASSOCIATIONS

- National Association of Professional Accident Reconstruction Specialists (NAPARS)
- Texas Association of Accident Reconstruction Specialists (TAARS)
- Society of Automotive Engineers (SAE)

## EXPERIENCE

- 2020 – present     Crash Reconstruction Expert, Kittelson LLC
- 2018 – 2020         Senior Technician, Kittelson LLC
- 2008 – 2018         Traffic Accident Reconstructionist, Collision Research Associates
- 2007 – 2008         Production Artist, Red Oak Sportswear
- 2003 – 2007         Mechanic Assistant, B&B Automotive

## PROFESSIONAL DEVELOPMENT

**Crash Safety Solutions, LLC**
- Advanced Human Factors in Traffic Crash Reconstruction – Jeff Muttart and Swaroop Dinakar, Glastonbury, CT, October 2021 (40 hours)

**Institute of Police Technology and Management (IPTM), University of North Florida**
- Human Factors in Traffic Crash Reconstruction – Jeff Muttart and Swaroop Dinakar, Altamonte Springs, FL, August 2021 (40 hours)

**Virtual CRASH**
- Virtual CRASH Simulation Software Training – Virtual CRASH, Gainesville, FL, July 2021 (24 hours)

**National Association of Professional Accident Reconstruction Specialists (NAPARS)**
- Advanced Collision Reconstruction with CDR Applications – Accident Analysis & Reconstruction, Inc., Oklahoma City, OK, May 2021 (40 hours)
- Tire Forensics – TJ Tennent and Associates, Chattanooga, TN, March 2021 (24 hours)
- NAPARS 2020 Joint Conference – Various Topics and Speakers, Online, October 2020 (12 hours)

**Texas Association of Accident Reconstruction Specialists (TAARS)**
- TAARS 2021 Conference: Night Time Accidents / Applied Human Factors Concepts for Accident Reconstruction – JS Forensics, Austin, TX, October 2021 (20 hours)
- TAARS 2020 Conference: Night Time Accidents / Applied Human Factors Concepts for Accident Reconstruction – JS Forensics, Online, October 2020 (15 hours)

**Northwestern University Center for Public Safety**
- Traffic Crash Reconstruction 2 – Northwestern University CPS, Online, August 2020 (40 hours)
- Traffic Crash Reconstruction 1 – Northwestern University CPS, Evanston, IL, October 2019 (80 hours)

**Bosch Crash Data Retrieval (CDR)**
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2020 (20 hours)
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2019 (20 hours)
- CDR System Operator and the Analysis and Applications – Crash Data Specialist, El Paso, TX, February 2019 (40 hours)
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2018 (20 hours)
- EDR Summit – Various Topics and Speakers, Houston, TX, March 2017 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2015 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2014 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2013 (20 hours)
- CDR Summit – Various Topics and Speakers, Houston, TX, January 2012 (20 hours)

**Heavy Vehicle Event Data Recorders (HVEDR)**
- Digital Forensics of Heavy Vehicle Event Data Recorders – The University of Tulsa, June 2015 (19 hours)

**FARO**
- FARO Focus 3D Scanner and FARO Scene Software Training – Dustin Productions LLC, College Station, TX, January 2014 (24 hours)

**ARAS 360**
- Advanced 3D Computer Diagramming for Crash Reconstruction – ARAS 360, Belton, TX, June 2011 (24 hours)



# KITTELSON LLC
## FORENSIC TRANSPORTATION ENGINEERING

TX Firm Registration No. F-16823, 1008 Woodcreek Drive, College Station, TX 77845
P 979.693.5800, F 979.693.5870          Billing Questions: billing@kittelsonllc.com

February 21, 2022

| | |
|---|---|
| Case No: | C22025.000 |
| Invoice No: | 0003809 |

Baer Law
Attn Joshua A. Stein
3000 Kingman Street
Suite 200
Metairie, LA  70006
United States

**Invoice Total**            **$6,636.25**

Jones v Simmons et al

**<u>Professional Services from February 9, 2022 to February 21, 2022</u>**

Task      001      Initial Work

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Principal** | | | | |
| Moore, Richard | 2/17/2022 | .75 | 295.00 | 221.25 |
| Review Mr. Schlechte's report. | | | | |
| **Crash Reconstruction Expert** | | | | |
| Schlechte, Nicholas | 2/11/2022 | 2.00 | 295.00 | 590.00 |
| Review case materials. | | | | |
| Schlechte, Nicholas | 2/14/2022 | 6.00 | 295.00 | 1,770.00 |
| Review discovery documents. | | | | |
| Schlechte, Nicholas | 2/15/2022 | 8.00 | 295.00 | 2,360.00 |
| Review depositions of Darrell Simmons, Gregory Jones and Trooper Ronald Methvin. Work on report. | | | | |
| Schlechte, Nicholas | 2/16/2022 | 8.00 | 295.00 | 2,360.00 |
| Work on report. | | | | |
| Schlechte, Nicholas | 2/17/2022 | 4.00 | 295.00 | 1,180.00 |
| Work on report. | | | | |
| Schlechte, Nicholas | 2/18/2022 | 1.00 | 295.00 | 295.00 |
| Work on report. | | | | |
| **Senior Office Administrator** | | | | |
| Simmons, Sondra | 2/9/2022 | .50 | 95.00 | 47.50 |
| Establish new case. | | | | |
| Simmons, Sondra | 2/11/2022 | .50 | 95.00 | 47.50 |
| Update case file with materials received. | | | | |
| Simmons, Sondra | 2/18/2022 | 2.00 | 95.00 | 190.00 |

Make checks payable to Kittelson LLC
Tax ID #: 47-3278582

| Project | C22025.000 | Jones v Simmons et al | | | Invoice | 0003809 |
|---|---|---|---|---|---|---|

Update case file with materials received, assist with case notes, review Mr. Schlechte's report.

| | | Totals | 32.75 | 9,061.25 | |
|---|---|---|---|---|---|
| | | **Total Labor** | | | **9,061.25** |

**Unit Billing**

Initial File Setup

| 2/9/2022 | Initial File Setup | 1.0 each @ 75.00 | 75.00 | |
|---|---|---|---|---|
| | **Total Units** | | **75.00** | **75.00** |
| | | **Total this Task** | | **$9,136.25** |

**Additional Fees**

| Applied Retainer | | -2,500.00 | |
|---|---|---|---|
| **Total Additional Fees** | | **-2,500.00** | **-2,500.00** |
| | **Total this Invoice** | | **$6,636.25** |

Authorized by:   Nicholas Schlechte