UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO.2:21-CV-00139-CJB-KWR** |
| | **JUDGE CARL J. BARBIER** |
| **DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY** | **MAG. JUDGE KAREN WELLS ROBY** |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

Darrell Simmons, McLane/Southern, Inc., Chubb Indemnity Insurance Company and Ryder Truck Rental, Inc., defendants, through undersigned counsel, moves the Court for an Order enrolling Misha M. Logan-Johnson (La. Bar 36552), of the law firm of Leake & Andersson LLP, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163, email *mlogan@leakeandersson.com*, as additional counsel of record in the above-entitled matter on behalf of Darrell Simmons, McLane/Southern, Inc., Chubb Indemnity Insurance Company and Ryder Truck Rental, Inc.

Respectfully submitted:

*/s/  Louis P. Bonnaffons*
**LOUIS P. BONNAFFONS, #21488 (T.A.)**
**ROBERT L. BONNAFFONS, #18564**
**Leake & Andersson LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Tel: 504-585-7500    Fax: 504/585-7775
E-mail:  lbonnaffons@leakeandersson.com
            rbonnaffons@leakeandersson.com

*Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Chubb Indemnity Insurance Company and Ryder Truck Rental, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on **April 7, 2022**, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

*/s/ Louis P. Bonnaffons*

44024/1219591

2