UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREGORY L. JONES | CIVIL ACTION |
| VERSUS | NO. 21-139 |
| DARRELL SIMMONS, ET AL. | SECTION: "J"(4) |

## ORDER

Considering the foregoing *Motion to Continue Trial and Reset Deadlines* **(Rec. Doc. 47)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Court's case manager will reach out to parties to set a scheduling conference in which new trial and pretrial conference dates will be selected. To avoid unfair prejudice to Defendants, there will be no extension with regard to expert deadlines.

New Orleans, Louisiana, this 14th day of April, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE