MINUTE ENTRY
BARBIER, J.
MARCH 14, 2023
JS-10:  1 hr. 28 min.


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


GREGORY L. JONES, JR.                              CIVIL ACTION

VERSUS                                             NUMBER: 21-139

DARRELL SIMMONS, ET AL.                            SECTION: "J"(4)



COURTROOM DEPUTY:                                  COURT REPORTER:
Gail Chauvin                                       Cathy Pepper


TUESDAY, MARCH 14, 2023 AT 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

<u>MOTION HEARING</u>

Case called at 9:33 a.m.

Motions were argued; **ORDERED** as follows.

**Defendants' Motions:**
MOTION for Reconsideration of Motion in Limine to Exclude Wayne Winkler from
Testifying as Part of Plaintiff's Case-in-Chief Life (Rec. Doc. 151); ORDERED DENIED.

MOTION in Limine to Admit Evidence of Future Workers' Compensation Benefits (Rec.
Doc. 85); ORDERED DENIED, and parties will enter into the record a written stipulation
of medical bills and indemnity benefits at time of trial.

MOTION in Limine to Exclude Claim for Future Lost Income and Earning Capacity (Rec.
Doc. 86); ORDERED DENIED, with caveats stated by the Court.

MOTION in Limine to Exclude Inadmissible Evidence (Rec. Doc. 87); ORDERED
GRANTED IN PART, for reasons stated by the Court.

MOTION in Limine to Exclude Non-Disclosed Expert Testimony (Rec. Doc. 88);
ORDERED GRANTED IN PART, for reasons stated by the Court.

MOTION in Limine to Limit the Opinions of Plaintiff's Expert (Rec. Doc. 89); ORDERED GRANTED.

MOTION in Limine to Exclude Evidence Regarding Plaintiff's Need for and the Cost of Radiofrequency Ablations for the Remainder of his Life (Rec. Doc. 105); ORDERED GRANTED.

MOTION in Limine to Exclude Plaintiff Counsel's Calculations of Alleged Lost Income and/or Interpretation of Compensation Benefits (Rec. Doc. 113); ORDERED DENIED.

MOTION for leave to file opposition filed by Chubb Indemnity Insurance Company, McLane/Southern, Inc., Ryder Truck Rental, Inc., Darrell Simmons (Rec. Doc. 156); ORDERED GRANTED.


**Intervenor's Motion:**
MOTION to Quash Subpoena filed by LCTA Casualty Insurance Company (Rec. Doc. 154); ORDERED GRANTED.

**Plaintiff's Motions:**
MOTION in Limine to Limit the Testimony of Trooper Ronald Methvin (Rec. Doc. 91); ORDERED GRANTED IN PART; Mr. Methvin's testimony is limited to topics as described by the Court.

MOTION in Limine to Exclude the Testimony of Michael S. Gillen and The NCTA Report (Rec. Doc. 90); ORDERED GRANTED IN PART; Mr. Gillen's testimony is limited to topics as described by the Court.

MOTION in Limine to Exclude - or in the Alternative to Limit - the Crash Report (Rec. Doc. 98); ORDERED GRANTED IN PART, and parties will redact the crash report as directed by the Court.

MOTION in Limine to Exclude Mr. Jones's Criminal Records Related to Arrests that Did Not Result in Convictions, Records More Than 10 Years Old, and the Citation He Received in This Case for Which He Was Found "Not Guilty" (Rec. Doc. 99); ORDERED GRANTED IN PART.

MOTION in Limine to Exclude Inadmissible Evidence (Rec. Doc. 104); ORDERED GRANTED.

The Court also **ORDERED** as follows:
- As to the motion *in limine* to exclude Mr. Jones's criminal records more than 10 years old, Defendants may file supplemental briefing by **Tuesday, March 21, 2023 at noon.** Plaintiff may respond to the supplemental brief by Thursday, **March 23, 2023 at noon.**
- As to Plaintiff's request for leave to file an additional motion *in limine*, Plaintiff may file his motion by **Tuesday, March 21, 2023 at noon.** Defendant may respond to the motion by **Thursday, March 23, 2023 at noon.**

Court adjourned at 11:01 a.m.

ATTORNEYS:  Jason M. Baer, for Gregory L. Jones, Jr.
Louis P. Bonnaffons, Misha Logan-Johnson, for Darrell Simmons, Ryder Truck Rental, Inc., McLane/Southern, Inc., Chubb Insurance, Chubb Indemnity Insurance Company of N. America
E. Lynn Finch, for LCTA Casualty Insurance Company

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE