UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.**<br><br>                                    **PLAINTIFF**<br><br>**VERSUS**<br><br>**DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY**<br><br>                                    **DEFENDANTS** | **CIVIL ACTION**<br><br>**NO.: 2:21-CV-00139-CJB-KWR**<br><br>**JUDGE CARL J. BARBIER**<br><br>**MAG. JUDGE KAREN WELLS ROBY** |

**PROPOSED VOIR DIRE QUESTIONS SUBMITTED ON BEHALF OF DEFENDANTS, DARRELL SIMMONS, MCLANE/SOUTHERN, INC., CHUBB INDEMNITY INSURANCE COMPANY, AND RYDER TRUCK RENTAL, INC.**

NOW INTO COURT, through undersigned counsel, come Darrell Simmons, McLane/Southern, Inc., Chubb Indemnity Insurance Company, and Ryder Truck Rental, Inc. who respectfully request that the following questions (plus any follow up questions) be asked of the potential jurors:

**GENERAL QUESTIONS**

1. Please provide details regarding your occupation, marital status; kids and spouse's occupation.

1

2. Have any of you served on a jury before? If yes, please provide details of your prior jury service including the type of case you decided; where the case was pending; and the verdict.

3. Are any of you an attorney? If yes, please provide details regarding your law practice.

4. Have any of you, members of your family, close relatives or friends worked for any attorneys? If yes, please provide details.

5. Have any of you ever made any personal injury claims against anyone for any reason?

    If yes, please provide details regarding your alleged injuries; what individuals and/or companies you asserted claims against; who represented you; whether a settlement was reached; the outcome of the litigation; and whether you were satisfied with the way you were treated by the person and/or companies you asserted claims against.

6. Have any of you ever asserted any claims against anyone for any reason? This would include property damage claims, hurricane claims, etc.

    If yes, please provide details regarding your claims; what individuals and/or companies you asserted claims against; who represented you; whether a settlement was reached; the outcome of the litigation; and whether you were satisfied with the way you were treated by the person and/or companies you asserted claims against.

7. Have any of you ever testified in court before? If yes, please provide details.

8. What political party is referenced on your voter registration? Democrat, Republican or Independent?

9. Do any of you have any feelings about litigation or lawsuits? If yes, please provide details.

10. Do all of you agree that just because someone files a lawsuit, it does not mean that they should receive money? If you disagree, please provide details.

11. Have any of you ever been involved in any automobile accidents? If yes, please provide details.

12. Have any of you, members of your family, close relatives or friends worked for any medical physicians? If yes, please provide details.

13. Do any of you know any of the physicians or treatment providers who will testify in this case? If yes, please provide details.

14. Are any of you familiar with a company called McLane/Southern, Inc.? If yes, please obtain details.

15. Are any of you familiar with a company called Ryder Truck Rental, Inc.? If yes, please obtain details.

## PLAINTIFF'S BURDEN OF PROOF

1. Do all of you understand that the plaintiff Gregory Jones has the burden of proof?

2. Do all of you understand that Gregory Jones needs to satisfy all of the legal requirements to prove his case?

3. Can you abide by the court's instruction of making Gregory Jones prove his case to you?

4. Do all of you agree to not let sympathy affect your determination of fault for the accident?

5. If Gregory Jones does not prove that Darrell Simmons was negligent for the accident, can you vote to not award any damages to Gregory Jones?

## TRUCK DRIVERS, TRUCKING COMPANIES AND INSURANCE COMPANIES

1. Have you, any members of your family, close relatives or friends ever worked as a truck driver?  If yes, please provide details.

2. Have you, any members of your family, close relatives or friends ever worked for any trucking companies?  If yes, please provide details.

3. Have you, any members of your family, close relatives or friends ever worked in the insurance industry?  If yes, please provide details.

4. Do any of you have any negative feelings about truck drivers?  If yes, please provide details.

5. Do any of you have any negative feelings about trucking companies?  If yes, please provide details.

6. Do any of you have any negative feelings about insurance companies?  If yes, please provide details.

7. Have you, any family members or close friends been involved in any accidents involving commercial vehicles?  If yes, please provide details.

## PHYSICAL, MENTAL AND/OR EMOTIONAL INJURIES OR RESTRICTIONS

1. Do you suffer from any physical, mental or emotional injuries or conditions?  If yes, please provide details.

2. Are any of you under active treatment for any physical problems concerning your shoulders, neck or back? If yes, please provide details.

3. Have any of you ever undergone shoulder surgery? If yes, please provide details.

4. Have any of you ever undergone Cervical or Lumbar Epidural Steroid Injections? If yes, please provide details.

5. Have any restrictions ever been placed upon you due to any physical, mental or emotional conditions? If yes, please provide details.

6. Have you ever undergone spinal surgery?

   If yes, please provide details.

7. Have any of your family members or close friends undergone any spinal surgeries? If yes, please provide details.

## NARCOTIC MEDICATIONS

1. Do you have any feelings about the long term use of narcotic medications? If yes, please provide details.

2. Are you currently on any medications for any injuries or conditions? If yes, please provide details.

3. Have you ever used narcotic medications for more than 3 consecutive months? If yes, please provide details.

## DISABILITY AND/OR EMPLOYMENT ISSUES

1. Have any of you ever been disabled for any reason? If yes, please provide details.

2. Have any of your family members or close friends ever been disabled for any reason? If yes, please provide details.

3. Have you, any family members or close friends ever been unable to work or limited in working due to any injuries or conditions? If yes, please provide details.

4. Do you have any feelings about whether people should work if they are capable of doing so? Please provide details.

5. If someone is limited because of an injury or condition, do you agree that they should still try to work if there are jobs available that accommodate the limitations or conditions? If you disagree, please provide details.

Respectfully submitted:

*/s/ Louis P. Bonnaffons*
LOUIS P. BONNAFFONS, #21488 (T.A.)
ROBERT L. BONNAFFONS, #18564
MISHA M. LOGAN-JOHNSON, #36552
Leake & Andersson, LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Tel: 504-585-7500
E-mail:  lbonnaffons@leakeandersson.com
              rbonnaffons@leakeandersson.com
              mlogan@leakeandersson.com
*Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Ryder Truck Rental, Inc. and Chubb Indemnity Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on **April 10, 2023**, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

*/s/Louis P. Bonnaffons*

44024/#1419389