# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.**<br><br>                     **PLAINTIFF**<br><br>**VERSUS**<br><br>**DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY**<br><br>                     **DEFENDANTS** | **CIVIL ACTION**<br><br>**NO.: 2:21-CV-00139-CJB-KWR**<br><br>**JUDGE CARL J. BARBIER**<br><br>**MAG. JUDGE KAREN WELLS ROBY** |

## PROPOSED SPECIAL VERDICT FORM SUBMITTED ON BEHALF OF DEFENDANTS, DARRELL SIMMONS, MCLANE/SOUTHERN, INC., CHUBB INDEMNITY INSURANCE COMPANY, AND RYDER TRUCK RENTAL, INC.

NOW INTO COURT, through undersigned counsel, come Darrell Simmons, McLane/Southern, Inc., Chubb Indemnity Insurance Company, and Ryder Truck Rental, Inc. who present this Proposed Verdict Form in accordance with the Court's Pre-Trial Order.

1. Do you find that Darrell Simmons was negligent?

    Yes _____     No _____

    **If your answer to question No. 1 is "No", then sign and date this form and return it to the Court Security Officer. If your answer to question No. 1 is "Yes", then proceed to question No. 2.**

1

2.  Do you find that Gregory Jones was negligent?

    Yes _____          No _____

3.  Please state the percentages of negligence for the accident that you attribute to each of the following:

    - Gregory Jones (only enter a value if the answers to both questions No. 1 and No. 2 were "Yes") _____%.

    - Darrell Simmons (only enter a value if the answers to both questiond No. 1 and No. 2 were "Yes") _____%.

4.  Do you find that Gregory Jones' alleged injuries and damages were entirely caused by the January 14, 2020 motor vehicle accident?

    Yes _____          No _____

    **If your answer to question No. 4 is "Yes", then skip questions 5 and 6 and proceed to question 7. If your answer to question No. 4 is "No", then proceed to question No. 5.**

5.  Do you find that any of Gregory Jones' alleged injuries and damages are related to the subsequent motor vehicle accident of October 23, 2021.

    Yes _____          No _____

6. **If your answer to question No. 5 is "Yes", please answer the following:**

   What percentage of Gregory Jones' alleged injuries and damages are related to the January 14, 2020 motor vehicle accident? _____%.

   What percentage of Gregory Jones' alleged injuries and damages are related attributable to the October 23, 2021 motor vehicle accident? _____%.

   The percentages that you provide in answer to No. 6 should total 100% when added together.

7. What amount, in dollars and cents, will fairly compensate Gregory Jones for his damages?

   A. Past, present, and future physical pain and suffering  $_____

   B. Past medical expenses  $_____

   C. Past lost wages  $_____

   D. Future lost income  $_____

New Orleans, Louisiana, this _____ day of April, 2023.

                                             _____
                                                          Foreperson

44024/1420673

3