# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. JONES, JR.**<br><br>                  **PLAINTIFF**<br><br>**VERSUS**<br><br>**DARRELL SIMMONS; MCLANE COMPANY, INC; CHUBB INDEMNITY INSURANCE COMPANY AND/OR CHUBB NATIONAL INSURANCE COMPANY AND/OR ACE AMERICAN INSURANCE COMPANY; RYDER TRUCK RENTAL, INC.; AND ABC INSURANCE COMPANY**<br><br>                  **DEFENDANTS** | **CIVIL ACTION**<br><br>**NO.: 2:21-CV-00139-CJB-KWR**<br><br>**JUDGE CARL J. BARBIER**<br><br>**MAG. JUDGE KAREN WELLS ROBY** |

## DEFENDANTS MEMORANDUM ON THEIR OBJECTIONS ON THE TRIAL DEPOSTION OF DR. NAJEEB THOMAS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Darrell Simmons, McLane/Southern, Inc., Chubb Indemnity Insurance Company, and Ryder Truck Rental, Inc., who respectfully submit their objections to the following portions of Dr. Najeeb Thomas' trial deposition. The following reflects the remaining objections that the parties could not agree upon.

1. **Page 11, lines 25- Page 12:1** – Plaintiff seeks to remove the reference to Dr. Thomas providing expert opinions to plaintiffs, defendants, and worker's compensation plaintiffs. Opposing counsel did not lodge an objection at the time of the deposition. Further, this information is not an objectional line of questioning. It gives the jury a full picture of who employs Dr. Thomas to provide expert opinions.

2. **Page 26, lines 12-15** – Opposing counsel has proposed removing the entirety of the question on the basis that it was beyond the scope of the report. This question was well within the scope of Dr. Thomas report. His report specifically addresses his

recommendation that Mr. Jones stop taking narcotic medication in the impression section within the August 3, 2021 report. This question just expounds upon the rationale for this recommendation.

3. **Page 50, lines 9-25; Page 51, lines 1-25; Page 52; lines 1-23** – Defendants object to this line of questioning as it is beyond the scope of the report. Plaintiff's counsel is asking about the business where Dr. Thomas works, how it operates, and what his communication was with Dr. Martinez, one of Jones' treating doctors, regarding Jones. This goes beyond the scope of the report. Further, since the deposition, we have been informed that Dr. Martinez will not be called to testify. As such, we will not have the opportunity to cross examine him about his treatment and any discussions, or lack thereof, with Dr. Thomas. This line of questioning should be removed.

Respectfully submitted:

*/s/ Louis P. Bonnaffons*
**LOUIS P. BONNAFFONS, #21488 (T.A.)**
**ROBERT L. BONNAFFONS, #18564**
**MISHA M. LOGAN-JOHNSON, #36552**
Leake & Andersson LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Tel: 504-585-7500   Fax: 504-585-7775
E-mail: lbonnaffons@leakeandersson.com
rbonnaffons@leakeandersson.com
mlogan@leakeandersson.com
Attorneys for Defendants, Darrell Simmons, McLane/Southern, Inc., Ryder Truck Rental, Inc. and Chubb Indemnity Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on **April 10, 2023**, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

*/s/ Louis P. Bonnaffons*